UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                             Case No. 8:10-cr-270-T-27TGW

KENNETH MARQUISE LEE

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Defendant's Motion to Unfreeze his Inmate Trust Account be denied and the United States of America's Motion to Authorize Payment from Lee's Inmate Trust Account be granted. (Dkt. 99). No party filed objections and the time for doing so has expired. *See* (Dkt. 101). After consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation (Dkt. 99) is adopted, confirmed, and approved in all respects.
2. The Bureau of Prisons is authorized and directed to turn over to the Clerk of Court, and the Clerk of Court shall accept, funds in the amount of $4,500 currently held in the trust account for Defendant Kenneth Marquis Lee.
3. The Clerk of the Court is directed to apply said funds towards Defendant's restitution obligation.

**DONE AND ORDERED** in chambers this 9th day of March, 2021.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Defendant, Counsel of Record

1